U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KIMBERLY ACKER, ET AL | : |
| VERSUS | : CIVIL ACTION NO. CV06-0710, LC |
| M. BOLIVAR BISHOP, ET AL | : JUDGE TRIMBLE, MAG. JUDGE WILSON |

## CONSENT JUDGMENT

By agreement of all counsel and considering the Motion to Strike Punitive Damages previously filed on behalf of the CITY OF DERIDDER.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Strike Punitive Damages or Exemplary Damages filed on behalf of the CITY OF DERIDDER, be and is hereby GRANTED, as there is no Louisiana state statute that allows for the recovery of punitive or exemplary damages in this matter, and that pursuant to *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981), punitive damages cannot be recovered from a municipality and that Plaintiffs' claims against the CITY OF DERIDDER for punitive damages be stricken from the record of these proceedings.

THUS DONE AND SIGNED this 7th day of August, 2006, at Alexandria, Louisiana.

_____
JUDGE