U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KIMBERLY ACKER, individually and on behalf of her minor daughter, KEOCIA ACKER, JOHN and SANDRA PRUITT, individually and on behalf of their minor daughter, MIRANDA PRUITT and on behalf of all persons similarly situated individuals | CIVIL ACTION NO. CV06-0710 LC |
| VERSUS | JUDGE TRIMBLE |
| M. BOLIVAR BISHOP, as the duly elected sheriff of the Parish of Beauregard, BEAUREGARD PARISH SHERIFF'S DEPARTMENT, CITY OF DERIDDER, DETECTIVE ROBERT MCCULLOUGH and OTHER UNKNOWN POLICE OFFICERS AND/OR SHERIFF DEPUTIES, individually and in their capacity as duly Commissioned law enforcement officers and/or deputies of the Beauregard Parish Sheriff Department and/or the City of DeRidder | MAGISTRATE JUDGE WILSON |

## STIPULATED JUDGMENT OF PARTIAL DISMISSAL WITH PREJUDICE

The Court having considered the MOTION OF "BEAUREGARD PARISH SHERRIF'S DEPARTMENT", also referred to as "BEAUREGARD PARISH SHERIFF DEPARTMENT", PURSUANT TO RULE 12(b) (6) OR ALTERNATIVELY, RULE 12, F.R.C.P., FOR DISMISSAL and the stipulation of counsel for plaintiffs and counsel for mover "Beauregard Parish Sheriff's Department", also referred to as "Beauregard Parish Sheriff Department", as represented by the signature of said counsel hereinbelow:

1

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the above-captioned and numbered suit be, and the same is hereby dismissed with prejudice as to defendant, "Beauregard Parish Sheriff's Department", also referred to as "Beauregard Parish Sheriff Department".

**THUS DONE AND SIGNED** in Lake Charles, Louisiana on this 15th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Stipulated to and Offered by:
**L. CLAYTON BURGEES, A.P.L.C.**

By: _____
L. CLAYTON BURGEES (#2279)
LAUREN LEDET (#30595)
605 West Congress Street
P.O. Drawer 5250
Lafayette, Louisiana 70502-5250
Telephone: (337) 234-7573
Facsimile: (337) 233-3890
Attorneys for Plaintiffs

**HALL, LESTAGE & LANDRENEAU**

By: _____
DAVID R. LESTAGE (#7549)
P. O. Box 880
DeRidder, Louisiana 70634
Phone: (337) 463-8692
Facsimle: (337) 463-3369
Attorneys for Defendant, "Beauregard Parish Sheriff's Department", also referred to as "Beauregard Parish Sheriff Department"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing **STIPULATED JUDGMENT OF PARTIAL DISMISSAL WITH PREJUDICE,** has been duly served upon all parties, through their counsel of record, by mailing same postage prepaid and properly addressed, via First Class U.S. Mail.

DeRidder, Louisiana this ___6___ day of March, 2006

_____
DAVID R. LESTAGE (#7549)