RECEIVED
IN LAKE CHARLES, LA
MAY -3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KIMBERLY ACKER, ET AL. | : | DOCKET NO. 2:06-cv-710 |
| VS. | : | JUDGE TRIMBLE |
| M. BOLIVAR BISHOP, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion for Class Certification [doc. 18] be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE